OLSON, Respondent v. ALDREN, Appellant

(159 N.W.2d 926)

(File No. 10494. Opinion filed July 9, 1968)

**Whiting, Lynn, Freiberg & Shultz,** Rapid City, for defendant and appellant.

**Franklin J. Wallahan,** Rapid City, for plaintiff and respondent.

PER CURIAM:

The Notice of Appeal in the above matter was filed on October 23rd, 1967. More than forty days have elapsed since that date and the record has not been settled. By virtue of SDC 1960 Supp. 33.0741, the appeal is deemed abandoned, and the judgment appealed from is affirmed.